# Court of Appeals
# of the State of Georgia

ATLANTA,  September 15, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0151. SHANE WAHNER v. FRANKLIN GATEWAY OPPORTUNITY CAPITAL, LLC.

In August 2024, the trial court directed the entry of final judgment in favor of plaintiff Franklin Gateway Opportunity Capital, LLC ("FGOC") and against defendant Shane Wahner under OCGA § 9-11-54 (b). Thereafter, FCOG served Wahner with post-judgment discovery to which he apparently did not respond. In early 2025, FCOG filed a motion to compel and request for attorney fees, and Wahner filed multiple motions for a stay and a motion to reopen the appeal period. The trial court granted FGOC's motion to compel and awarded it attorney fees under OCGA § 9-11-37. In the same order, the court denied Wahner's motions. He appeals, but we lack jurisdiction.

Under OCGA § 5-6-34 (a) (1) (B), appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below." Where post-judgment discovery proceedings remain pending in the trial court, the case is not final. *Cornelius v. Finley*, 204 Ga. App. 299, 300-301 (418 SE2d 815) (1992) (an order compelling post-judgment discovery "is not final in the sense of being dispositive of the case, as contemplated by OCGA § 5-6-34 (a) (1)," where disputed discovery remains unanswered). Consequently, Wahner was required to use the interlocutory appeal procedures — including obtaining a certificate of immediate review from the trial court — to seek appellate review of the February 8 order. See OCGA § 5-6-34 (b); *Dial v. Bent Tree Nat. Bank*, 215 Ga. App. 620, 621 (451 SE2d 533) (1994); *Cornelius*, 204 Ga. App. at 301. His failure to do so deprives us of

jurisdiction over this direct appeal. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).

For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/15/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*